IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-CV-0008-BM

| | |
|---|---|
| CARLTON BOARTWRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | MOTION TO APPEAR |
| MARTIN O'MALLEY ) | REMOTELY BY VIDEO |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. | |

Upon consideration of the Motion to Appear Remotely by Video for the hearing scheduled for 9:00 am on March 6, 2024, it is hereby ORDERED that the unopposed motion is GRANTED.

The court therefore ORDERS the hearing shall be conducted remotely via video conference. The parties should contact Travis Orr with the United States District Court (travis_orr@nced.uscourts.gov or (919-645-1719) no later than 4:00pm on February 28, 2024 to provide him with contact information for the video conference. A test run with the system will then be completed no later than 9:00am on March 1, 2024 to ensure there is no connection issues and to avoid any delay in this matter.

SO ORDERED this 22nd day of February, 2024.

_____
Brian S. Meyers
United States Magistrate Judge